IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Case No. 2:25-CV-00031-M

ANIYA TSEIR PRIEST,

    Plaintiff,

v.

                        ORDER

FRANK J. BISIGNANO,
Commission of Social Security,

    Defendant.

Before the court in this social security appeal is a Memorandum and Recommendation ("M&R") prepared by United States Magistrate Judge Robert T. Numbers, II. DE 18. Judge Numbers recommends that the court grant Plaintiff relief and remand this matter to the Commissioner for further proceedings. DE 18. To date, no objections have been filed.[1]

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial*

---

[1] Judge Numbers issued the M&R on June 29, 2026. Accordingly, objections were due on or before July 13, 2026. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); Local Civil Rule 72.4(b). The parties' motions and M&R were submitted to this court for disposition on July 21, 2026.

*Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, the matter is remanded to the Commissioner for further proceedings consistent with the M&R and this order. The Clerk of Court is directed to close this case.

SO ORDERED this __27th__ day of July, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2